# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DOENESHIA MITCHELL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendants. | Case No. 2:16-cv-02440-MCE-KJN<br>Hon. Morrison C. England, Jr.<br><br>**ORDER RE JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION**<br><br>Action Filed:　October 13, 2016<br>Trial Date:　　None Set |

## **ORDER**

The Court, having read the Joint Stipulation for Arbitration and Stay of Action of Plaintiff Doeneshia Mitchell and Defendant Wells Fargo Bank, N.A., and, good cause appearing therefrom, hereby orders that:

1. The parties shall submit to binding nonjudicial arbitration;
2. The arbitration shall be conducted through the American Arbitration Association;
3. This action shall be STAYED until the arbitration has been completed;
4. Not later than ninety (90) days following the date this order is electronically filed, and every ninety days thereafter until the stay in this case is lifted, the parties shall file a Joint Status Report advising the court of the progress of the arbitration.

IT IS SO ORDERED.

Dated: November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE