<pre>
                    UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| Doeneisha Mitchell, | ) Case No.: 2:16-cv-02440-MCE-KJN |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Wells Fargo Bank, N.A., | ) |
| Defendant. | ) |

Based on the Stipulation of counsel, this case is dismissed with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER